John Prochaska, Minor, by Charles Prochaska, Father and Next Friend et al., Appellants, v. H. A. DeCosta, Appellee.

Gen. No. 43,288.

Heard in the second division, first district, this court at the February term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Alfred M. Loeser, for appellants; Burt A. Crowe, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.

Gustave Koch, Appellant, v. Nettie B. Stevenson et al., Defendants. A. F. Waldschmidt, Treasurer of Township 36 North et al., Appellees.

Gen. No. 43,321.

Heard in the second division, first district, this court at the February term, 1945; opinion filed November 6, 1945; rehearing denied November 20, 1945; released for publication November 20, 1945. H. J. Thal, for appellant; Langworthy & Bartlit, for appellees; B. F. Langworthy, of counsel; Moses, Kennedy, Stein & Bachrach, for certain appellees; Herbert H. Kennedy, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.